IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:14-cr-00025-MP-GRJ

COREY LAWAYNE MOSLEY,

    Defendant.

_____/

**O R D E R**

Pursuant to N.D. Fla. Loc. R. 72.3, and by the undersigned's oral directive, this matter was assigned and designated to the Magistrate Judge for the taking of a guilty plea. This matter is now before the Court on Doc. 74, Magistrate Judge's Report and Recommendation dated November 30, 2015. Based on its review of the Report and Recommendation, the Court now finds Defendant to be alert and intelligent, and that he understands the nature of the charges brought against him and the consequences of pleading guilty. The Court also finds the facts the government is prepared to prove and that Defendant admitted and stated under oath in open court as being true and correct are sufficient to sustain his guilty plea. The undersigned further finds that Defendant's decision to plead guilty is freely, voluntarily and intelligently made and he has had the advice and counsel of a competent lawyer with whom he has said he is well pleased.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

The plea of guilty of the Defendant is ACCEPTED. The Court withholds formal adjudication of guilt, orders a presentence investigation report be made in Defendant's case, and requires all parties to appear before the Court for sentencing as directed.

**DONE AND ORDERED** this _3rd_ day of December, 2015

                                    *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge