IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 1:14cr25-MW/MAL
        1:22cv309-MW/MAL

COREY LAWAYNE MOSLEY,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 136. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 136, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, ECF No. 131, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED** on February 22, 2023.

                                            <u>s/Mark E. Walker               </u>
                                            **Chief United States District Judge**

\