# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  **Case Nos.: 1:14cr25-MW/MAL**
       **1:22cv309-MW/MAL**

**COREY LAWAYNE MOSLEY,**

  *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 171. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 171, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's second amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, ECF No. 167, is summarily **DENIED** and **DISMISSED** as untimely." A certificate of appealability is **DENIED**. Defendant's pending motions, ECF Nos. 169 and 170,

are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on September 8, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**